# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

July 23, 2025

**BY ECF**
Honorable Lewis J Liman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

**REQUEST GRANTED.**
The Sentencing hearing previously set for August 13, 2025 is rescheduled to October 22, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

7/24/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Keano Sahusilawani*, 25 Cr. 67 (LJL)

Honorable Judge Liman:

    With the consent of the Government, I write to request an adjournment of Mr. Sahusilawani's sentencing hearing and accompanying deadlines to the week of October 20. As the Court is aware, I recently returned from parental leave and have taken over Mr. Sahusilawani's case. To effectively prepare for sentencing, I need additional time to visit with Mr. Sahusilawani and review his records and discovery. Moreover, our office has retained a psychiatrist to evaluate Mr. Sahusilawani. While she has begun the process, she has determined that Mr. Sahusilawani should undergo neurological testing to aid in her evaluation. To provide adequate time for the expert to complete neurological testing and evaluation, and draft her report, I respectfully request an adjournment of approximately 60 days. As mentioned above, the Government consents to this request and both parties are available for a sentencing hearing the week of October 20.[1]

    Thank you for considering this request.

Respectfully submitted,

Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:   all counsel (by ECF)

---

[1] Defense counsel will be in trial the week of October 13 and the Government anticipates beginning trial in November, but can find coverage if a November date is needed.