**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2025

**BY ECF**
Honorable Lewis J Liman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

**REQUEST GRANTED.**
The Sentencing hearing previously set for October 22, 2025 is rescheduled to November 25, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/3/2025   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Keano Sahusilawani*, **25 Cr. 67 (LJL)**

Honorable Judge Liman:

    With the consent of the Government, I write to respectfully request a 30-day adjournment of Mr. Sahusilawani's sentencing, which is currently scheduled for October 22, 2025.

    Mr. Sahusilawani has been hospitalized at the Brookyln Hospital Center since Thursday, September 25. According to the USMS security detail, he is undergoing surgery this afternoon. At this time, undersigned counsel does not yet have full clarity on the nature of his treatment or his recovery timeline. An adjournment is therefore necessary both to ensure that Mr. Sahusilawani is physically able to participate meaningfully in his sentencing and to allow counsel sufficient time to obtain and review updated medical records that may be relevant for the Court's consideration under 18 U.S.C. § 3553(a).

    Accordingly, I respectfully request that the Court adjourn sentencing for approximately 30 days. This adjournment will permit counsel to gather the necessary medical documentation and provide the Court with a complete and accurate picture of Mr. Sahusilawani's condition at the time of sentencing.

    As noted above, the Government consents to this request.

    Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:   Timothy Ly