**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**BY ECF**
Honorable Lewis J Liman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for November 25, 2025 is rescheduled to January 6, 2026 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 11/12/2025   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Keano Sahusilawani*, 25 Cr. 67 (LJL)

Honorable Judge Liman:

    With the consent of the Government, I write to respectfully request a 30-day adjournment of Mr. Sahusilawani's sentencing, which is currently scheduled for November 25, 2025.

    Mr. Sahusilawani has been hospitalized since October 23. He was first sent to The Brooklyn Hospital Center for treatment and is now currently at Mount Sinai Hospital, recovering from surgery due to complications with Crohn's Disease. The defense does not yet know when he will be discharged and returned to the MDC Brooklyn. An adjournment is requested to ensure that Mr. Sahusilawani is physically able to participate meaningfully in his sentencing and to allow counsel sufficient time to obtain and review updated medical records from Mount Sinai, the Brooklyn Hospital Center, and the MDC Brooklyn that may be relevant for the Court's consideration under 18 U.S.C. § 3553(a). Accordingly, I respectfully request that the Court adjourn sentencing for approximately 30 days to December 29, December 30, or the week of January 5. As noted above, the Government consents to this request.

    Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:   AUSA Timothy Ly, Esq.